**Edwin JOWETT, Appellant, v. Bert J. MOORE.**

No. 12188.

Circuit Court of Appeals, Eighth Circuit.

Dec. 22, 1941.

James R. Sullivan and Arthur R. Wolfe, both of Kansas City, Mo., for appellant.

Cowgill & Popham and Theo DeFeo, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, pursuant to dismissal filed by appellant and consent of appellee.